IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FELIX BENAVIDES ROJAS, and all others similarly situated under 29 U.S.C. 216(b), | § § § | |
| Plaintiffs, | § § | No. 3:11-cv-2206-M |
| v. | § § | |
| BRASHEARS REALTY SERVICES, LLC and MICHAEL BRASHEARS, | § § | |
| Defendants. | | |

## ORDER

By January 17, 2012, Plaintiff shall file with the Court an affidavit supporting the attorney's fees he seeks to recover.  The affidavit shall address the factors set forth in *Johnson v. Georgia Highway Express, Inc*., 488 F.2d 714 (5th Cir. 1974).  Plaintiff shall not include any time spent responding to the Court's Order to Show Cause, because the Court will not award it.

**SO ORDERED**.

January 9, 2012.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS